JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GUILLERMO RENE RIVERA,<br><br>      Petitioner,<br><br>      v.<br><br>B. BIRKHOLZ,<br><br>      Respondent. | No. 2:23-cv-01609-MWF-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice for failure to apprise the Court of an address change, failure to prosecute, and failure to comply with Court orders.

DATED: September 8, 2023

                                         MICHAEL W. FITZGERALD
                                       United States District Judge